AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CURTIS N. BEITO, a single person,

    Plaintiff,

v.

CITY OF AIRWAY HEIGHTS, et al,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-432-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion for Summary Judgment Dismissal is GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE. Debra Marie Granado is discharged and relieved of all further responsibility to act as Plaintiff's guardian ad litem. Judgment in favor of all Defendants. File closed.

May 23, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer